**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SIMON ELIAS,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH PELEG d/b/a ACE OF TRENDS,<br><br>        Defendant. | Case No.  1:25-cv-07852(AS) |

## ORDER

The Court having considered the parties' stipulation, and for good cause shown, it is hereby ORDERED that this action is transferred to the United States District Court for the Southern District of Florida. The Clerk of Court is directed to effectuate the transfer and close the action pending in this District.

IT IS FURTHER ORDERED that Defendant's motion to dismiss (ECF No. 18) is withdrawn.

SO ORDERED.

Dated: May 1, 2026

_____

UNITED STATES DISTRICT JUDGE